IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC., and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD., AUROBINDO PHARMA U.S.A., INC., and AUROLIFE PHARMA LLC, <br><br> Defendant. | Civil Action No. <br> 3:15–cv-07635-MLC-TJB |

### REQUEST BY JOHN E. FLAHERTY FOR
### PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by John E. Flaherty for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. The Admission Fee, in the amount of $150.00, pursuant to L. Civ. R. 101.1(c)(3), has been paid to the Clerk of the Court, for Eric Lobenfeld, Esq.

February 22, 2016

Respectfully,
s/ John E. Flaherty
John E. Flaherty
MCCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Phone: (973) 622-4444
*Attorneys for Plaintiffs*
*Takeda Pharmaceutical Company, Limited, Takeda Pharmaceuticals U.S.A., Inc., and Takeda Pharmaceuticals America, Inc.*

PRO HAC VICE ATTORNEY INFORMATION

Eric Lobenfeld, Esq. (eric.lobenfeld@hoganlovells.com)
Hogan Lovells U.S. LLP
875 Third Avenue
New York, NY 10022

2