# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAKEDA PHARMACEUTICALS U.S.A., INC., and TAKEDA PHARMACEUTICALS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AUROBINDO PHARMA LTD., AUROBINDO PHARMA U.S.A., INC., and AUROLIFE PHARMA LLC, <br><br> Defendants. | CIVIL ACTION No. 3:15-cv-07635-MLC-TJB <br><br> *DOCUMENT FILED ELECTRONICALLY* |

## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [see ECF No. 19 dated 2/2/2016]; and

2. Pursuant to L. Civ. R. 101.1(c)(3), the Admission Fee, in the amount of $150 each, has been paid to the Clerk of the Court for the admitted attorneys [paid 2/16/2015, receipt number TRE066204].

        **SAIBER LLC**

        *Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma U.S.A., Inc., and Aurolife Pharma LLC*

        /s/ Arnold B. Calmann
        Arnold B. Calmann (abc@saiber.com)
        Jeffrey Soos (js@saiber.com)
        Geri Albin (gla@saiber.com)
        One Gateway Center
        10th Floor, Suite 1000
        Newark, New Jersey 07102
        (973) 622-333

**PRO HAC VICE ATTORNEYS:**

| | |
|---|---|
| Name: | Timothy H. Kratz, Esq. |
| Address: | **McGuire Woods LLP** |
| | 1230 Peachtree Street, N.E., Suite 2100 |
| | Atlanta, GA 30309-3534 |
| E-Mail: | tkratz@mcguirewoods.com |

| | |
|---|---|
| Name: | Yun Wei, Esq. |
| Address: | **McGuire Woods LLP** |
| | 1230 Peachtree Street, N.E., Suite 2100 |
| | Atlanta, GA 30309-3534 |
| E-Mail: | ywei@mcguirewoods.com |